UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-138 |
| v. ) | |
| ) | COLLIER / LEE |
| MICHAEL OWEN ) | |

O R D E R

A February 11, 2013 letter from W. Hutchings, Acting Warden of the Federal Bureau of Prisons, Metropolitan Correctional Center, New York, New York, and a mental health evaluation of defendant, MICHAEL OWEN, were received on February 14, 2013 by the undersigned. Copies of the letter and Forensic Report have been sent to counsel by Chambers.

It is ORDERED:

(1) Counsel are to contact the undersigned's chambers to schedule and/or waive the defendant's mental competency hearing on or before **Friday March 8, 2013**; and

(2) By the same date, counsel shall notify the Court and each other if they contend the mental health evaluation should be filed under seal. If so, an appropriate motion may be made at the mental competency hearing if such a hearing is requested or at the time a waiver is filed. In the absence of such a motion, the mental health evaluation may be filed in the public record.

SO ORDERED.

ENTER:

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE